**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| ROBERT EUGENE COLEMAN, ) | Case No: 4:04CV3377 |
| ) | |
| Petitioner, ) | **ORDER DIRECTING CLERK** |
| ) | **TO RETURN STATE COURT** |
| v. ) | **RECORDS** |
| ) | |
| ROBERT HOUSTON, ) | |
| ) | |
| Respondent. ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court records filed as attachments to filing No. 13 be returned to attorney Kimberly Klein for appropriate disposition. The state court records may be picked up in Lincoln, Nebraska.

DATED this 28th day of June, 2006.

BY THE COURT

s/Joseph F. Bataillon
Joseph F. Bataillon
United States District Court Judge